FILED
CLERK
6/18/2018 10:52 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

Michael Sabella individually and on behalf of
all others similarly situated,

                Plaintiff,

v.

Midland Credit Management, Inc. and
Midland Funding LLC

                Defendants.
_____

No. 18 cv 1921

CLASS ACTION

# STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without attorney fees or costs to either party.

**S/ Joseph Mauro**           6/14/2018
Joseph M. Mauro           Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

Case closed.
SO ORDERED.
/s/ JMA, USDJ    6/18/2018

**S/ Dana Briganti**           6/14/2018
Dana B. Briganti
Hinshaw & Culbertson LLP
800 Third Avenue, 13th Floor
New York, NY 10022
Attorney for Defendant